UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CONSOLIDATED CASE NO. 06-60924 CIV COOKE/BROWN

In Re NATIONSRENT RENTAL FEE
LITIGATION

_____/

## ORDER GRANTING AND ADOPTING JOINT STIPULATION AS ORDER OF COURT

**THIS CAUSE** came before the Court pursuant to Fed. R. Civ. P. 26(c) and the above Joint Stipulation for Entry of Confidentiality Order, the Court having reviewed the record, finds there is good cause for entering this Order because the disclosure of certain proprietary, business and/or financial information may harm some or all of the parties, less onerous alternatives are not adequate to protect the parties, the interests of promoting pre-trial discovery would be enhanced by the entry of a confidentiality order, and the parties' Joint Stipulation was drawn with the requisite precision. *See In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355 – 56 (11th Cir. 1987).

Therefore, it is hereby **ORDERED AND ADJUDGED** that Joint Stipulation for Entry of Confidentiality Order Governing Discovery Materials is hereby adopted and entered as an Order of this Court.

**DONE AND ORDERED** this 3rd day of January, 2007 at Miami, Florida.

Stephen T. Brown
U.S. Magistrate Judge