**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED CASE NO. 06-60924-CIV-BROWN

THIS IS A CONSENT CASE

In Re NATIONSRENT RENTAL FEE
LITIGATION

_____/

### JOINT MOTION FOR PRELIMINARY APPROVAL

Pursuant to Rule 23, plaintiffs Brad Barnard d/b/a Barnard Construction, Todd Horton,
David Jacov, and Andrew M. Weissing, Inc. d/b/a Weissing Construction (collectively,
"Plaintiffs") and defendants NationsRent, Inc. NationsRent Companies, Inc., and Sunbelt
Rentals, Inc. (collectively, "Defendants") (collectively, the "Parties") hereby jointly move the
Court for entry of the proposed Order of Preliminary Approval of the Settlement Agreement,
which is attached hereto as Exhibit 1.  In support of this motion, the Parties state:

1.       The Parties have reached a comprehensive class settlement of the pending case,
the terms and conditions of which are contained within the Settlement Agreement.  A copy of the
Settlement Agreement is attached hereto as Exhibit 2.

2.       The Parties respectfully request that this Court preliminarily approve the
Settlement Agreement as fair, adequate, and reasonable.

3.       The Parties respectfully request that this Court approve the notice plan stated in
Paragraph 5 of the Settlement Agreement.

4.       The Parties respectfully request that the Court schedule a hearing as soon as
practicable, consistent with the Court's schedule, to consider the Settlement Agreement for
preliminary approval.  To that end, counsel for all Parties respectfully suggest that the Court

consider preliminary approval of the Settlement Agreement at the status conference scheduled in

this matter on September 30, 2009 at 2:00 pm.

DATED: September 29, 2009


Respectfully submitted,

| | |
|---|---|
| **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** |
| 120 E. Palmetto Park Road, Suite 500 | Four Seasons Tower |
| Boca Raton, FL 33432 | 1441 Brickell Avenue, Suite 1420 |
| Telephone: 561-750-3000 | Miami, FL 33131-1714 |
| Facsimile: 561-750-3364 | Telephone: (305) 377-1666 |
| | Facsimile: (305) 377-1664 |

*s/Stuart A. Davidson*                              *s/Scott B. Cosgrov*e

| | |
|---|---|
| Stuart A. Davidson | Lawrence D. Silverman |
| Florida Bar No. 0084824 | Florida Bar No. 0007160 |
| sdavidson@csgrr.com | lsilverman@kasowitz.com |
| Michael L. Greenwald | Scott B. Cosgrove |
| Florida Bar No. 0761761 | Florida Bar No. 0161365 |
| mgreenwald@csgrr.com | scosgrove@kasowitz.com |
| Cullin Avram O'Brien | |
| Florida Bar No. 0597341 | |
| cobrien@csgrr.com | Counsel for Defendants |

**ROTHSTEIN ROSENFELDT ADLER**

| | |
|---|---|
| Steven R. Jaffe | Pursuant to CM/ECF Admin. Pro. Rule 3I(3), |
| sjaffe@rra-law.com | Scott Cosgrove provided consent to the |
| Mark Fistos | electronic execution of his signature by Stuart |
| mfistos@rra-law.com | A. Davidson |
| 401 East Las Olas Blvd., Suite 1650 | |
| Fort Lauderdale, FL 33301 | |
| Telephone: 954/522-3456 | |
| 954/527-8663 (fax) | |

Counsel for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Stuart A. Davidson*
STUART A. DAVIDSON
